9   277.<br>109   395

## MEERHOLZ v. SESSIONS.

Where the statement embodied in the record is filed on a motion for a new trial, this Court will only examine the action of the Court below in denying the motion.
This Court will not hear any objections to an order entered in the Court below, by consent of parties.

Appeal from the District Court of the Twelfth Judicial District, County of San Francisco.

H. S. Love for Appellant.

McDougall & Sharp for Respondent.

Field, J., delivered the opinion of the Court—Terry, C. J., and Burnett, J., concurring.

The statement embodied in the record was filed on the motion for a new trial, and we can only examine the action of the Court

below in denying the motion. As the order was entered by consent, we cannot hear any objection to it on appeal.

Judgment affirmed, with twenty per cent. damages.